UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jessica Gaines,

                Plaintiff,

    -against-

Ikeddi Imports, LLC, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2020

1:20-cv-03719 (JSR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Having been notified by the parties that they have reached a settlement in principle in this action, it is hereby Ordered that the Settlement Conference scheduled for August 24, 2020 is canceled.

**SO ORDERED.**

DATED:    New York, New York
                August 18, 2020

_____
STEWART D. AARON
United States Magistrate Judge