UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA GAINES,<br><br>                Plaintiff,<br><br>       -against-<br><br>IKEDDI IMPORTS, LLC, and<br>PETER VITALE<br><br>                Defendants. | 20-cv-3719 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

   The above-captioned case was referred to Magistrate Judge Stewart D. Aaron for purposes of settlement. Before the scheduled settlement conference occurred, however, the parties informed Judge Aaron that the parties have reached a settlement in principle. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

   SO ORDERED.

Dated:   New York, NY

         August 18, 2020

                                          _____
                                          JED S. RAKOFF, U.S.D.J.